**2014–1927.   State ex rel. Wagner v. Marshall.**

In Procedendo. On motion to dismiss. Motion granted. Cause dismissed. On motion to strike motion to dismiss. Motion denied.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, and O'NEILL, JJ., concur.

FRENCH, J., would deny the motion to dismiss and grant an alternative writ.

**2014–1928.   State ex rel. Harris v. Herbert.**

In Procedendo. On motions to dismiss. Motions granted. Cause dismissed.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2014–1932.   Lange v. Trumbull Cty. Bd. of Elections.**

In Mandamus. On motion to dismiss. Motion granted. Cause dismissed. On relator's motion for order. Motion denied. On respondents' motion to strike or dismiss amended complaint. Motion denied.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, and FRENCH, JJ., concur.

O'NEILL, J., would deny the motion to dismiss and grant an alternative writ.

**2014–1955.   State ex rel. Hamilton v. Horton.**

In Procedendo. On motion to dismiss as moot. Motion granted. Cause dismissed.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2014–1988.   Meyers v. Geauga Cty. Common Pleas Court.**

Miscellaneous case. On respondent's answer and motion for judgment on pleadings. Motion granted. On S.Ct.Prac.R. 12.04 determination, cause dismissed.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2014–1990.   State ex rel. Bradley v. Steele.**

Miscellaneous case. On motion to dismiss. Motion granted. Cause dismissed. On relator's motion for default judgment. Motion denied.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2014–2030.   Bertuzzi v. Slagle.**

In Mandamus. On answer of respondent. On S.Ct.Prac.R. 12.04 determination, cause dismissed.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2014–2032.   Dumas v. Donofrio.**

In Mandamus. On motion to dismiss. Motion granted. Cause dismissed.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2014–2056.   State ex rel. Chappell v. Evans.**

In Procedendo. On respondent's motion to dismiss. Motion granted. Cause dismissed. On relator's motion asking court to take appropriate action against respondent and respondent's attorney. Motion denied.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2014–2116.   State v. Mace.**

Cuyahoga App. No. 100779, 2014-Ohio-5036. On review of order certifying a conflict, it is determined that no conflict exists. Cause dismissed.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, and FRENCH, JJ., concur.

KENNEDY and O'NEILL, JJ., dissent.

**2011–0087.   Pinkney v. Ohio Dept. of Job & Family Servs.**

Cuyahoga App. No. 94696, 2010-Ohio-5252. On motion to vacate. Motion denied.